```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 36144
   EVA BRADFORD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1214

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/07/2004 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.88% from remaining funds.

     The case was paid in full 05/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
JPMORGAN CHASE BANK/BANK  SECURED              4000.00        384.18       4000.00
JPMORGAN CHASE BANK/BANK  UNSECURED             5040.11          .00        800.37
JPMORGAN CHASE BANK/BANK  SECURED              5050.00        485.00       5050.00
JPMORGAN CHASE BANK/BANK  UNSECURED             5614.51          .00        891.58
CHASE MANHATTAN MORTGAGE  CURRENT MORTG           .00            .00           .00
AT&T WIRELESS             UNSECURED           NOT FILED          .00           .00
CCA                       UNSECURED           NOT FILED          .00           .00
CALUMET CITY CLERK        UNSECURED           NOT FILED          .00           .00
CALUMET CITY CLERK        UNSECURED           NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED              775.00          .00        123.07
SECRETARY OF STATE        NOTICE ONLY         NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED           NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED           NOT FILED          .00           .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY         NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF   UNSECURED           NOT FILED          .00           .00
PFG OF MINNESOTA          UNSECURED           NOT FILED          .00           .00
BLATT HASENMILLER LEIBSK  UNSECURED           NOT FILED          .00           .00
FLEET CREDIT CARD         UNSECURED              653.83          .00        103.83
FNANB                     UNSECURED           NOT FILED          .00           .00
HAMMOND RADIOLOGISTS      UNSECURED           NOT FILED          .00           .00
HOUSEHOLD FINANCE         UNSECURED           NOT FILED          .00           .00
JC PENNY                  UNSECURED           NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           NOT FILED          .00           .00
MARSHALL FIELDS           UNSECURED OTH          202.17          .00         32.08
MCI RESIDENTIAL SERVICES  UNSECURED           NOT FILED          .00           .00
MUTUAL HOSPITAL SERVICES  UNSECURED           NOT FILED          .00           .00
ENCORE RECEIVABLES        UNSECURED           NOT FILED          .00           .00
SPIEGEL                   UNSECURED           NOT FILED          .00           .00
T-MOBILE BANKRUPTCY       UNSECURED              672.02          .00        106.72
DIVERSIFIED CONSULTANTS   NOTICE ONLY         NOT FILED          .00           .00
WAL MART STORES INC       UNSECURED           NOT FILED          .00           .00
WELLS FARGO BANK NA       UNSECURED             1682.94          .00        267.25

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 36144 EVA BRADFORD
```

```
WELLS GROUP               UNSECURED        NOT FILED              .00              .00
WELLS FARGO BANK          UNSECURED        NOT FILED              .00              .00
WOWU INTERNET AND CABLE   UNSECURED        NOT FILED              .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED           37.28               .00             5.92
RESURGENT CAPITAL SERVIC  SECURED NOT I      561.38               .00              .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE     1481.22               .00          1481.22
MELVIN J KAPLAN           DEBTOR ATTY       2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                               992.78
DEBTOR REFUND             REFUND                                                 32.00
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  17,456.00

PRIORITY                                                .00
SECURED                                           10,531.22
   INTEREST                                          869.18
UNSECURED                                          2,330.82
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                                 992.78
DEBTOR REFUND                                         32.00
                         ---------------       ---------------
TOTALS                   17,456.00                17,456.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```